UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.G.S., A-240-169-769, | No.  1:26-cv-4078-DC-CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA CITY DETENTION FACILITY, | |
| Respondents. | |

Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the first amended petition.

Good cause appearing, IT IS ORDERED as follows:

1.  Respondents are directed to file a response to the first amended petition within 14 days and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

2.  Petitioner's reply, if any, is due on or before 14 days from the date respondent's response is filed.

Dated:  June 1, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 hgs4078.res

1